1220

GIBSON, J.

v.

MCKINNEY, D.

2447 EDA 2016

Superior Court of Pennsylvania.

04/27/2017

No. 06–08819
(Montgomery)

Affirmed

COM.

v.

TAYLOR, A.

2533 EDA 2016

Superior Court of Pennsylvania.

04/27/2017

CP–23–CR–0001654–2016
(Delaware)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

HARDY, M.

2704 EDA 2016

Superior Court of Pennsylvania.

04/27/2017

CP–15–CR–0002828–2015
(Chester)

Affirmed

IN RE: ESTATE OF GRAHEK, J.,

Appeal of: Grahek, D.

554 MDA 2016

Superior Court of Pennsylvania.

04/27/2017

36–1976–1376
(Lancaster)

Affirmed